

_____
ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| In re:  ANGELA JOHNSON | * | Case No. 13-12503 |
| | * | |
| Debtor | * | Chapter 7 |
| | * | |
| Serve On: | * | |
| Condor Capital Corp. | * | |
| The Corporation Trust Inc. | * | |
| 300 East Lombard Street | * | |
| Baltimore, MD 21202 | * | |
| | * | |
| Creditor | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

**ORDER OF REDEMPTION UNDER SECTION 722 OF ONE 2008 NISSAN ALTIMA VIN # 1N4AL21E18C209443**

UPON CONSIDERATION of the Motion for Under Section 722, filed by the Debtor, and any response thereto, if any, and for cause shown,

IT IS HEREBY ORDERED, that the Debtor may redeem the subject property by paying to the Creditor on or before the thirtieth (30th) day following entry of this Order $6,916.00.  Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.  In the event of the failure of the Debtor to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

IT IS SO ORDERED.

cc:

Debtor's attorney

Debtor

Respondent

Case Trustee

US Trustee

**END OF ORDER**